## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**TYRONE SWIFT**                                                              **PLAINTIFF**
**ADC #116284**

**v.**                                   **Case No. 4:17-cv-00283 KGB**

**STATE OF ARKANSAS**                                                         **DEFENDANT**

### __JUDGMENT__

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff

Tyrone Swift's claims against defendant State of Arkansas are dismissed without prejudice (Dkt.

No. 2).

So adjudged this the 15th day of May, 2018.

_____
Kristine G. Baker
United States District Judge